David Edward CRAWLEY, Plaintiff–Appellant,

v.

Dan A. BRAXTON; Assistant Warden Armentrout; Lieutenant Honaker; B. Edmond, Hearing Officer; G. Bayes, QMHP; Correctional Officer Hampton; W. Woods, Correctional Officer; W. Sykes, Correctional Officer; S. Deel, Correctional Officer, Defendants–Appellees.

No. 03–6150.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

David Edward Crawley, Appellant Pro Se.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

David Edward Crawley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Crawley v. Braxton,* No. CA–02–1057–7

(W.D.Va. Jan. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*